United States District Court
Southern District of Ohio

# Related Case Memorandum
## Civil Cases

TO: **Judge Douglas R. Cole, Judge Jeffery P. Hopkins**

FROM: Kelly Heuer, Deputy Clerk

DATE: 2/6/2025

SUBJECT: Case Caption: **The Job Center, LLC v. United States of America**

CASE: Case Number: **1:24-cv-510**

DISTRICT JUDGE: **Douglas R. Cole**

File Date: **9/17/2024**

---

**Related Case(s):**

Case Caption: **Riley Decker, Inc. v. United States of America**

Case Number: **1:24-cv-509**  District Judge: **Jeffery P. Hopkins**

File Date: **9/17/2024**  Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:  District Judge:

File Date:  Magistrate Judge:

The District Judges having conferred, we respond to Case Administrator __Kelly Heuer__ as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Jeffery P. Hopkins__.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge _____
_____.

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*